COMITE ORGANIZADOR DE TRABAJADORES AGRICOLAS
(COTA) v. KARL MOLENLLI.

February 9, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. JONATHAN GHERTLER.

February 9, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. DAVID STEELMAN.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID STEELMAN.

February 16, 1988.

Petition for certification denied.

PAUL AUGE v. HOWARD L. BEYER.

February 16, 1988.

Petition for certification denied.